IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY GRAHAM, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 93-2217 |
| | § | |
| JAMES A. COLLINS, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 11 1996

Michael N. Milby, Clerk

ORDER

On October 4, 1996, the Fifth Circuit Court of Appeals issued the mandate in the above-referenced cause (Document #10) ordering this Court to dismiss this case without prejudice for failure to exhaust state remedies. Accordingly, the Court hereby

ORDERS that this case is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies.

Signed at Houston, Texas on the _10_ day of October, 1996.

DAVID HITTNER
United States District Court

#12